AS IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-cv-00375 RPM

SUNCOR ENERGY (U.S.A.) INC.,

  Plaintiff,

v.

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL (USW) UNION, AFL-CIO, CLC, AND USW LOCAL UNION 12-477,

  Defendants.

### ORDER GRANTING JOINT MOTION TO STAY SUMMARY JUDGMENT BRIEFING PENDING SETTLEMENT DISCUSSIONS

**THIS MATTER** having come before the Court on the Parties' Joint Motion to Stay Summary Judgment Briefing Pending Settlement Discussions [16] filed May 2, 2011, it is

ORDERED that the Motion is **GRANTED.** Suncor's deadline for filing a consolidated response in support of its motion for summary judgment and in opposition to the Union's cross motion for summary judgment is due on May 27, 2011, and USW's deadline for filing a consolidated reply brief is due on June 17, 2011.

2

Dated this 3rd day of May, 2011.

BY THE COURT:

s/Richard P. Matsch
_____
UNITED STATE DISTRICT COURT JUDGE